Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 3

|   |   |
|---|---|
| HARDWOODS SPECIALTY PRODUCTS USLP, PAXTON HARDWOODS LLC AND RUGBY HOLDINGS LLC DBA RUGBY ARCHITECTURAL BUILDING PRODUCTS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SUMMONS Ct. No. 23-00164

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　Clerk of the Court

---

1. Plaintiffs in this action are Hardwoods Specialty Products USLP, Paxton Hardwoods LLC and Rugby Holdings LLC dba Rugby Architectural Building Products, importers of the merchandise found to be circumventing the antidumping and countervailing duty orders on Hardwood Plywood Products From the People's Republic of China.  Plaintiffs were parties to the proceeding that led to the contested determination through the submission of arguments in their comments on initiation and case briefs as well as participating in a hearing before the U.S. Department of Commerce.  Plaintiffs, therefore, are interested parties pursuant to 19 U.S.C. § 1677(9)(A).  Plaintiffs thus have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d). (Name and standing of plaintiff)

2. Plaintiffs contest the final scope ruling determination and affirmative final determination of circumvention by the U.S. Department of Commerce in *Certain Hardwood Plywood Products From the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders*, 88 Fed. Reg. 46,470 (July 20, 2023). (Brief description of contested determination)

Form 3-2

3. <u>The Final Scope Determination and Affirmative Final Determination of Circumvention was issued to the parties and uploaded on ACCESS on July 17, 2023.</u>
(Date of determination)

4. <u>The notice of *Certain Hardwood Plywood Products From the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders* was published in the Federal Register on July 20, 2023.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Jeffrey S. Grimson</u>
Jeffrey S. Grimson
Kristin H. Mowry
Jill A. Cramer
Sarah M. Wyss
Bryan P. Cenko
Yixin (Cleo) Li
Ronalda G. Smith
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Hardwoods Specialty Products USLP, Paxton Hardwoods LLC and Rugby Holdings LLC dba Rugby Architectural Building Products*

Date: <u>August 14, 2023</u>

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)